IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PATRICIA WALLACE, EXECUTRIX OF THE ESTATE OF ROBERT L. WALLACE, JR.<br>    Plaintiff<br>  v.<br><br>UNITED STATES OF AMERICA<br><br>    Defendant | Civil Action No. 17-cv-2951 |

## STIPULATION & ORDER OF DISMISSAL

WHEREAS the Court entered an Order on October 2, 2017, requiring the Plaintiff to file a Certificate of Merit within 30 days;

WHEREAS Plaintiff did not file the Certificate of Merit and has requested that the action be dismissed;

Pursuant to Federal Rule of Civil Procedure 41, the parties hereby stipulate and agree to **DISMISS THIS ACTION WITH PREJUDICE.**

Respectfully submitted,

LOUIS D. LAPPEN
Acting United States Attorney

/s/ James R. Radmore
James R. Radmore, Esquire
1500 John F. Kennedy Boulevard,
Suite 520
Philadelphia, PA 19102
Phone: 215-568-9900

/s/ Judith A. Amorosa
Judith A. Amorosa
Assistant United States Attorney
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106-4476
Phone: (215) 861-8869

BY THE COURT:

_____
HONORABLE ANITA B. BRODY
*Judge, United States District Court*

11/13/17